**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7353**

_____

ALEXANDER FAUST,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston. Dennis W. Shedd, District Judge. (CA-00-2466-9-19)

_____

Submitted: February 8, 2001      Decided: February 14, 2001

_____

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Alexander Faust, Appellant Pro Se. Beth Drake, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alexander Faust, a federal prisoner, appeals from the denial of his petition for a writ of mandamus. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Faust v. United States</u>, No. CA-00-2466-9-19 (D.S.C. Sept. 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>